NO. 07-08-0044-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

FEBRUARY 12, 2008

______________________________

ANDRE DION CUNNINGHAM, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_________________________________

FROM THE 181
ST
 DISTRICT COURT OF RANDALL COUNTY;

NO. 18352-B; HONORABLE JOHN B. BOARD, JUDGE

_______________________________

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

MEMORANDUM OPINION

Appellant Andre Dion Cunningham filed a 
pro se
 notice of appeal from his criminal conviction.
(footnote: 1)  Now pending before the Court is appellant’s
 
motion to dismiss his appeal, also filed 
pro se
.  The motion is signed by appellant.  In this circumstance, we find the motion meets the requirements of Rule 42.2(a) of the Texas Rules of Appellate Procedure.  
No decision having been delivered to date, we grant the motion.  Accordingly, the appeal is dismissed.  No motion for rehearing will be entertained and our mandate will issue forthwith.  

James T. Campbell

          Justice

Do not publish.

FOOTNOTES
1:  Appellant was represented by retained counsel at trial.